UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                    Case No. 18-47134-CEC

ANTHONY J. LOSQUADRO,                                     Chapter 7

        Debtor.
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears on behalf of Mitchell Pacifico, contract vendee, and demands, pursuant to Rules 2002, 2018, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure and section 342 of Title 11 of the United States Code ("Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code or local rules as may be applicable in this case governing notice, that all notices given or requested to be given in this case and all papers and pleadings served or required to be served in this case be given to and served upon the following:

**Gary F. Herbst, Esq.**
**Melanie A. FitzGerald, Esq.**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, New York 11793**
**Phone: (516) 826-6500**
**Facsimile: (516) 826-0222**
**E-mail:  gfh@lhmlawfirm.com**
**mfitzgerald@lhmlawfirm.com**

Dated: May 14, 2019
      Wantagh, New York           Respectfully submitted,
                                   **LAMONICA HERBST & MANISCALCO, LLP**
                                   Counsel for Mitchell Pacifico

                   By:    *s/Melanie A. FitzGerald*
                          Gary F. Herbst, Esq.
                          Melanie A. FitzGerald, Esq.
                          3305 Jerusalem Avenue, Suite 201
                          Wantagh, New York 11793
                          (516) 826-6500